TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
SERGIO AGUILA-REYNOSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO AGUILA-REYNOSO,<br><br>Plaintiff,<br><br>v.<br><br>BLOSSOM VALLEY CONSTRUCTION, INC.,<br><br>Defendant | Case No. 16-cv-3372-HRL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST THAT MATTER BE DISMISSED AND THAT CLERK CLOSE FILE; [PROPOSED] ORDER**<br><br>Re: Dkt. 17 |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

NOTICE IS HEREBY given that Plaintiff SERGIO AGUILA-REYNOSO hereby requests that Defendant BLOSSOM VALLEY CONSTRUCTION, INC be Dismissed with prejudice. This notice is accompanied by the declaration of counsel and proposed order.

1

**NOTICE OF DISMISSAL**

Dated: November 17, 2016

                                                *//s//Tomas E. Margain//s//*
Tomas E. Margain
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorneys for Plaintiff
SERGIO AGUILA-REYNOSO

## DECLARATION OF TOMAS E. MARGAIN

I, Tomas E. Margain, declare as follows:

    1.    I am the attorney of record for Plaintiff SERGIO AGUILA-REYNOSO in this case. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto.

    2.    After being sued, Defendants hired Frank J. Perretta of Miller, Morton, Caillat & Nevis, LLP. I was able to settle my client's dispute over the course of several negotiations conferences with Mr. Perretta.

    3.    The matter was settled prior to Defendants entering an appearance and as such I cannot submit a stipulation and order to Dismiss with prejudice.

    4.    I have the authority of my client to have this case Dismissed with Prejudice.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, executed on November 17, 2016 in San Jose, California.

                                                //s// Tomas Margain
                                                 Tomas E. Margain

**NOTICE OF DISMISSAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO AGUILA-REYNOSO,<br><br>Plaintiff,<br><br>v.<br><br>BLOSSOM VALLEY CONSTRUCTION, INC.,<br><br>Defendant | Case No.  16-cv-3372-HRL<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## **ORDER**

Based on GOOD CAUSE shown and upon the Notice and Declaration of Plaintiff's counsel Tomas E. Margain, the Court orders as follows:

The matter is Dismissed with Prejudice.  All calendared dates are hereby vacated and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: ___November 17, 2016___        By: _____
                                                                                   THE HONORABLE HOWARD R. LLOYD
                                                                                   Magistrate Judge

3

**NOTICE OF DISMISSAL**